BONUVENTURA BATTAGLIA, *ET AL.*, PLAINTIFFS-RE-
SPONDENTS, v. HENRY K. NORTON, TRUSTEE, ETC.,
DEFENDANT-PETITIONER.

*Messrs. Lum, Fairlie & Foster* and *Mr. Raymond W. Troy*
for the petitioner.

*Messrs. Breslin & Breslin, Mr. George W. King* and *Mr.
Paul J. O'Neill* for the respondents.

May 3, 1954.   Granted.

RUTH MOSKOWITZ, PLAINTIFF-PETITIONER, v. JACK
HERMAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Joseph L. Kramer* and *Mr. George J. Kaplan* for the
petitioner.

*Messrs. Cox & Walburg* and *Mr. Louis J. Pantages* for the
respondents.

May 10, 1954.   Granted.